PRUETT v. PRUETT

No. 114 PC.

Case below: 54 N.C. App. 191.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 12 January 1982. Motion of defendant to dismiss appeal for lack of substantial constitutional question allowed 12 January 1982.

S. F. McCOTTER & SONS v. O.H.A. INDUSTRIES

No. 107 PC.

Now No. 7 PA 82.

Case below: 54 N.C. App. 151.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 12 January 1982.

SHORE v. CHATHAM MANUFACTURING CO.

No. 146 PC.

Case below: 54 N.C. App. 678.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 12 January 1982.

SOUTHERN ATHLETIC/BIKE v. HOUSE OF SPORTS, INC.

No. 43 PC.

Case below: 53 N.C. App. 804.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 12 January 1982. Motion of defendant to dismiss appeal for lack of substantial constitutional question allowed 12 January 1982.

SOUTHERN SPINDLE v. MILLIKEN & CO.

No. 85 PC.

Case below: 53 N.C. App. 785.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 January 1982.